[File No. 7290]

STATE OF NORTH DAKOTA EX REL E. T. CHRISTIAN-SON, as Attorney General of the State of North Dakota, and as a member of the State Committee for the Reorganization of School Districts, and Arthur Gylten, Stanley D. Jacobson, Marvin Kloster, David Palmer and Howard Johnson, as members of the Board of Education of the Reorganized Sharon Special School District #4 of Steele County, North Dakota, Petitioners v. THE DISTRICT COURT OF STEELE COUNTY, NORTH DAKOTA, First Judicial District and Honorable Albert Lundberg, as Presiding Judge thereof, sitting at the special request of Honorable O. B. Burtness, Judge of said court, Respondents.

(51 NW2d 351)

Opinion filed January 2, 1952

*Honorable E. T. Christianson,* Attorney General, and *Ralph F. Croal* and *Roy K. Redetzke,* for relators.

*Harvey B. Knudson,* and *Lyche & Lyche,* for respondent.

PER CURIAM. This proceeding involves the same questions, the same respondent judge, and the same action by the district court as was involved in State ex rel. E. T. Christianson, as Attorney General of the State of North Dakota v. The District Court of Cass County, currently decided. What we have said in the opinion in that proceeding applies here and will guide and govern the judge of the district court herein.

MORRIS, Ch. J., and SATHRE, GRIMSON, BURKE and CHRISTIANSON, JJ., concur.